IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK ZABLUDOVSKY,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **EQUIFAX INFORMATION** | : | |
| **SERVICES LLC, et al.,** | : | |
| *Defendants.* | : | NO. 23-cv-00974 |

**O R D E R**

**AND NOW,** this 11th day of May 2023, it having been reported that the issues between Plaintiff Mark Zabludovsky and Defendant Consumers Cooperative Credit Union has been settled (ECF No. 19) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is **DISMISSED** with prejudice as to Defendant Consumers Cooperative Credit Union, pursuant to agreement of counsel without costs.

The Court shall retain jurisdiction for these parties for a sixty (60) day period.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

Civ.2 41.1(b) Party (3/18)