IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK ZABLUDOVSKY,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **EXPERIAN INFORMATION** | : | |
| **SOLUTIONS, INC., et al.,** | : | |
| *Defendants.* | : | **NO. 23-cv-00974** |

## O R D E R

**AND NOW,** this 6th day of July 2023, it having been reported that the issues between Plaintiff Mark Zabludovsky and Defendant TransUnion, LLC, has been settled (ECF No. 41) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is **DISMISSED** with prejudice as to Defendant TransUnion, LLC, only, pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

Civ.2 41.1(b) Party (3/18)