IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK ZABLUDOVSKY,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **EXPERIAN INFORMATION** | : | |
| **SOLUTIONS, INC. et al.,** | : | |
| *Defendants.* | : | NO.  23-cv-00974 |

# O R D E R

**AND NOW,** this 26th day of July 2023, it having been reported that the issues between Plaintiff Mark Zabludovsky and Defendant Experian Information Solutions, Inc. has been settled (ECF No. 45) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is **DISMISSED** with prejudice as to Defendant Experian Information Solutions, Inc. pursuant to agreement of counsel without costs.

It is further **ORDERED** that Clerk of Court shall close the above-captioned matter pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**